IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MATT NICOLAI, On behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| VERIZON WIRELESS SERVICES, LLC, | ) ) ) |
| Defendant. | ) |

1:20-cv-00074-JPH-DML

*The Court acknowledges the Notice of Voluntary Dismissal Without Prejudice, dkt. 6. JPH, 2/6/2020 Distribution via ECF.*

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, MATT NICOLAI, by and through his attorneys, SMITHMARCO, P.C., and for his Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses his case.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed ***without prejudice*** and without costs to any party.

Respectfully submitted,
**MATT NICOLAI**

By:   s/ David M. Marco
      Attorney for Plaintiff